UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

GIOVANNI FOSTER

          DEBTOR(S) : BANKRUPTCY NO. 25-15196-AMC

NOTICE OF CHANGE FROM ASSET TO NO ASSET

TO THE CLERK:

    Christine C. Shubert, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case. The Trustee intended to sell the debtor's real estate. After reviewing the value of the real estate, it appears that there is no equity to pay unsecured creditors. Accordingly, this is to be changed to a no-asset case.

Dated: December 23, 2025          /s/ Christine C. Shubert, Esquire
                                                         Chapter 7 Trustee
                                                         821 Wesley Avenue
                                                         Ocean City, NJ 08226
                                                         (856) 983-7735