**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Giovanni D. Foster dba 210 High      CHAPTER 7
Property Management, dba @Cooking.withnyc

           Debtor(s)                 BKY. NO. 25-15196 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                     Respectfully submitted,

                                     /s/ *Matthew Fissel*
                                     Matthew Fissel
                                     06 Jan 2026, 12:30:16, EST

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322