Certificate Number: 03088-PAE-DE-040519503

Bankruptcy Case Number: 25-15196



03088-PAE-DE-040519503

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2026, at 3:50 o'clock PM CST, Giovanni D Foster completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 17, 2026          By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor